

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-13-2003

# Schieber v. Philadelphia

Precedential or Non-Precedential: Precedential

Docket 01-2312

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"Schieber v. Philadelphia" (2003). *2003 Decisions.* Paper 686.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/686

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

Filed March 10, 2003

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 01-2312

SYLVESTER J. SCHIEBER; VICKI A. SCHIEBER, as Co-
Personal Representatives of the Estate of Shannon
Schieber; Sylvester Schieber; Vicki Schieber

v.

CITY OF PHILADELPHIA; STEVEN WOODS, Individually
and as a Police Officer; RAYMOND SCHERFF, Individually
and as a Police Officer

STEVEN WOODS, Individually and as
a Police Officer; RAYMOND SCHERFF,
Individually and as a Police Officer,
Appellants

On Appeal From the United States District Court
For the Eastern District of Pennsylvania
(D.C. Civil Action No. 98-cv-05648)
District Judge: Honorable Norma L. Shapiro

Argued January 25, 2002

BEFORE: NYGAARD and STAPLETON, *Circuit Judges*, and
SLEET,* *District Judge*

(Opinion Filed February 20, 2003)

---

* Honorable Gregory M. Sleet, United States District Judge for the
District of Delaware, sitting by designation.

## **ORDER AMENDING OPINION**

The slip opinion in the above case filed February 20, 2003, is amended as follows:

On page 2 directly under "Jane L. Istvan (Argued)" add "Elise Bruhl" to the listing of Attorney for Appellants and add an "s" to "Attorney" for Appellants.

By the Court,

/s/ Walter K. Stapleton
Circuit Judge

DATED: March 10, 2003

A True Copy:
        Teste:

*Clerk of the UnitedStates Court of Appeals*
*for the Third Circuit*